# United States District Court
## *Southern District of Georgia*

VOTERS ORGANIZED FOR
TRUSTED ELECTION RESULTS
IN GEORGIA, et al.

Plaintiff

Case No.    4:25-cv-00316-RSB-CLR

v.

ELECTION ASSISTANCE
COMMISSION, et al.

Defendant

Appearing on behalf of

Plaintiffs

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  29th  day of  December , 2025 .

UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:    Harry W. MacDougald

Business Address:    Caldwell, Carlson, Elliott, & DeLoach, LLP

Firm/Business Name

6 Concourse Pkwy, Suite 2400

Street Address

|  | Atlanta | GA | 30328 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|

| 404-843-1956 | 463076 |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address:    hmacdougald@ccedlaw.com