# United States District Court
## Southern District of Georgia

Voters Organized for Trusted Election Results in Georgia, et al.,

Plaintiff

v.

Election Assistance Commission, et al.,

Defendant

Case No. 4:25-cv-00316-RSB-CLR

Appearing on behalf of Plaintiffs

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 29th day of December, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Lawrence J. Joseph

Business Address:
Law Office of Lawrence J. Joseph
Firm/Business Name

1250 Connecticut Avenue NW
Street Address

| Suite 700 | Washington | DC | 20036 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

1250 Connecticut Avenue NW
Mailing Address (if other than street address)

| Suite 700 PMB 5155 | Washington, DC 20036 | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| 202-899-2987 | None |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address: ljoseph@larryjoseph.com