# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

Voters Organized for Trusted Election Results in Georgia, *et al.*, *Plaintiffs*,

v.

Election Assistance Commission, *et al.*, *Defendants.*

)
)
)
)
)
)
)

**Case No. 4:25-cv-00316-RSB-CLR**

## PLAINTIFFS' LR 7.6 NOTICE OF INTENT TO REPLY

Pursuant to LR 7.6, plaintiffs notify the Clerk that plaintiffs intend to reply to defendants' opposition (ECF #50) and in support of plaintiffs' motion to compel defendants to produce the record (ECF #49).

Dated: April 8, 2026

/s/ Harry W. MacDougald

Harry W. MacDougald, Ga. Bar No. 463076
Caldwell, Carlson, Elliott & Deloach, LLP
6 Concourse Parkway, Suite 2400
Atlanta, Georgia 30328
(404) 843-1956
hmacdougald@ccedlaw.com

Admitted *pro hac vice*

Respectfully submitted,

/s/ Jonathan R. Miller, III

Jonathan R. Miller, III, Ga. Bar No. 141908
PMB173
5420 New Jesup Hwy
Brunswick, GA 31523
(912) 617-3169
jrmilleratty@gmail.com

/s/ Lawrence J. Joseph

Lawrence J. Joseph
Law Office of Lawrence J. Joseph
1250 Connecticut Ave, NW, Ste. 700
Washington, DC 20036
202-899-2987
ljoseph@larryjoseph.com

Admitted *pro hac vice*

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Southern District of Georgia by using the CM/ECF system, system, which caused the service of counsel for the parties.

/s/ Lawrence J. Joseph

Lawrence J. Joseph, admitted *pro hac vice*
*Co-Counsel for Plaintiffs*